IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVE HAUGHT, on behalf of himself and similarly situated employees, | : 1:15-cv-0069 :  : : |
| Plaintiffs, | : Hon. John E. Jones III : |
| v. | : : |
| SUMMIT RESOURCES, LLC, | : : |
| Defendant. | : |

## ORDER

### April 4, 2016

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's unopposed Motion for Final Approval of Class and Collective Action Settlement, and Approval of Attorneys' Fees and Costs (Doc. 51) is **GRANTED** as set forth in the Court's Memorandum.

2. Counsel for Plaintiffs is advised that they may supplement the record with additional documentation in support of the requested litigation costs for the Court's consideration.

3. The Clerk of the Court **SHALL CLOSE** the file on this case.

_____
John E. Jones III
United States District Judge